M. L. JOHNSTON, Appellant,

v.

LHP CORPORATION, a corporation,
Appellee.

No. 15370.

United States Court of Appeals,
Fourth Circuit.

Argued May 4, 1971.

Decided May 13, 1971.

Paul B. Guthery, Jr., Charlotte, N. C.
(Bradley, DeLaney & Millette, Charlotte,
N. C., on the brief), for appellant.

Edgar Love, III, Charlotte, N. C. (Ken-
nedy, Covington, Lobdell & Hickman,
Charlotte, N. C., on the brief), for ap-
pellee.

Before BRYAN, BUTZNER and
RUSSELL, Circuit Judges.

PER CURIAM:

Averring that his contract with LHP Corporation to represent it as a sales agent had been unjustifiably terminated, M. L. Johnston sues for damages said to have been suffered in consequence. The District Court dismissed on the defendant's motion for summary judgment.

Our reading of the record and consideration of the arguments, on brief and orally, disclose no error in the dismissal. The judgment of the District Court will be affirmed.

Affirmed.